


Case 3:18-cr-02415-JMA   Document 1   Filed 04/23/18   PageID.1   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 23 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **18MJ1922** |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section |
| Jade Star DELGADILLO, | ) | 1324(a)(2)(B)(iii)- |
| | ) | Bringing in Unlawful Alien(s) |
| Defendant. | ) | Without Presentation |
| | ) | |

The undersigned complainant being duly sworn states:

On or about April 20, 2018, within the Southern District of California, Defendant, Jade Star DELGADILLO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Anita OJEDA-Sanchez, Leodan SANCHEZ-Sanchez and Lijin HE, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Linnet Egasi, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 23rd day of April 2018.

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Mario Valdes declare under penalty of Perjury the following to be true and correct:

The complainant states that Anita OJEDA-Sanchez, Leodan SANCHEZ-Sanchez and Lijin HE, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 20, 2018 at approximately 7:12 p.m. Jade Star DELGADILLO (Defendant) applied for admission to enter the United States (U.S.) at the Otay Mesa Port of Entry from Tijuana, Mexico through the vehicle primary lanes. Defendant was the driver and sole visible occupant of a 2010 Chevy Cobalt when she presented herself for inspection upon a Customs and Border Protection Officer (CBPO). Defendant presented her United States passport as her entry document and stated that she was traveling to San Diego, California. Defendant stated that she had nothing to declare from Mexico. The CBPO conducted an inspection of the vehicle's trunk and discovered three persons hiding inside of it. Defendant was secured and escorted to secondary for further inspection.

During secondary inspection, CBPO's took evidentiary photos and removed three persons laying horizontal from inside the trunk. A total of two males and one female were removed from the trunk and escorted to the Otay Mesa Admissibility Enforcement Unit for processing. Further investigation revealed the one male and one female are adult citizens of Mexico, and the other male is a citizen of China with no entitlements to enter the U.S. The female was identified as Anita OJEDA-Sanchez (Material Witness 1), one male was identified as Leodan SANCHEZ-Sanchez (Material Witness 2) and the other male was identified as Lijin HE (Material Witness 3).

Continued on page 2

1

Continuation of Probable Cause
RE: US vs. Jade Star DELGADILLO

During a video recorded interview, Material Witness 1 admitted she is citizen of Mexico by birth in Santiago, Oaxaca, Mexico and do not possess any legal documentation to enter, pass or reside in the United States. Material Witness 1 admitted that her family arranged for her to be smuggled into the United States for a fee of $10,000 US dollars. Material Witness 1 stated that she was going to Los Angeles, California.

During a video recorded interview, Material Witness 2 admitted he is a citizen of Mexico by birth in Santiago, Oaxaca, Mexico and do not possess any legal documentation to enter, pass or reside in the United States. Material Witness 2 admitted that he arranged for himself to be smuggled into the United States for $2,000 US dollars. Material Witness 2 stated that he was going to Sacramento, California.

During a video recorded interview, Material Witness 3 admitted he is citizen of China by birth in Fujian, China and do not possess any legal documentation to enter, pass or reside in the United States. Material Witnesses 3 admitted that a family member arranged for him to be smuggled into the United States for an unknown amount of U.S. dollars. Material Witness 3 stated that he was going to Los Angeles, California.

Executed on this 21st day of April 2018, at 0800 hours.

_____
Mario Valdes /CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on April 20, 2018 in violation of Title 8, United States Code, Section 1324.

_____                                  9:23 AM, Apr 21, 2018
United States Magistrate Judge                                  Date

2